<: Case 4:97-cr-00083-RAS-DDB Document 50 Filed 07/05/06 Page 1 of 2 PageID #: 20

United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUL 5 2006

DAVID J. MALAND, CLERK
BY
DEPUTY

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| vs. | § | Case No. 4:97cr83 |
| | § | (Judge Schell) |
| DWAYNE NELSON | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this Court having heretofore referred the request for the revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. Having received the report of the United States Magistrate Judge pursuant to its order, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the Court. It is, therefore,

**ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the Court. It is further

**ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further

**ORDERED** that Defendant is sentenced to a term of imprisonment of twelve (12) months, to be served concurrently with any other term of imprisonment, with no supervised release to follow. It is finally

**ORDERED** that Defendant pay restitution in the amount of $40.00 to Sherman Gun & Pawn, due immediately, payable by cashier's check or money order, to the United States District Court and forwarded to the United States District Clerk's Office,

P.O. Box 570, Tyler, Texas 75710.

    **SIGNED** this 5th day of July, 2006.

                                              /s/ Richard A. Schell
                                              RICHARD A. SCHELL
                                              UNITED STATES DISTRICT JUDGE